**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00491-CV

### JENNIFER HOLLOWAY, Appellant

### V.

### GUILD MORTGAGE COMPANY, A CALIFORNIA CORPORATION, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-02027-B**

## ORDER

Before the Court is appellant's August 30, 2019 motion for extension of time to file her

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 30, 2019.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE